UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

EXPERIS US INC.,

        Plaintiff,

v.

                                                 Case No.: 18-cv-640

TTF AEROSPACE, INC.,

        Defendant.

---

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

---

        Plaintiff, Experis US Inc., requests that judgment by default be entered against defendant, TTF Aerospace, Inc., pursuant to Federal Rule of Civil Procedure 55(b)(1). In support of this motion, Plaintiff relies upon the record in this case and the affidavits of Zach S. Whitney and Daniel Hildebrandt submitted herewith.

        Dated this 24th day of May 2018.

                                                 **s/ Zach S. Whitney**
                                          Zach S. Whitney, Bar Number: 1046655
                                          Kohner, Mann & Kailas, S.C.
                                          4650 N. Port Washington Road
                                          Milwaukee, WI 53212
                                          Telephone: (414) 962-5110
                                          Fax: (414) 962-8725
                                          E-mail: zwhitney@kmksc.com
                                          Attorney for Experis US Inc.